# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151719(58)

DANIEL KEMP,
          Plaintiff-Appellant,

v

FARM BUREAU GENERAL INSURANCE
COMPANY OF MICHIGAN,
          Defendant-Appellee.
_____/

SC: 151719
COA: 319796
Wayne CC: 13-008264-NF

On order of the Chief Justice, the motion of the Coalition Protecting Auto No-Fault to participate as amicus curiae and file an amicus brief is GRANTED. An amicus brief will be accepted for filing if submitted on or before May 13, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2016



Clerk